# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF SANG CHEOL WOO FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. _____ |

**APPLICATION OF SANG CHEOL WOO FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE AND CLAIRE SPACKMAN**

KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036
tel. +1 202 664 1900
fax. +1 202 664 1920

*Attorneys for Applicant*
*Sang Cheol Woo*

Based on the accompanying Memorandum of Law and Declaration of Beau D. Barnes, Mr. Sang Cheol Woo respectfully petitions this Court for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") authorizing him to take discovery from the President and Fellows of Harvard College ("Harvard") and Claire Spackman (also known by her Korean name "Yoon Kee Choi") for use in proceedings pending before the High Court of Hong Kong titled Sang Cheol Woo v. Charles C. Spackman [HCA 1586 / 2016] (the "Hong Kong Action").

The application meets the three statutory requirements set forth in Section 1782. *First*, the parties from whom discovery is sought, Harvard and Claire Spackman, are present within the District of Massachusetts. *Second*, the documents and deposition testimony requested are "for use" in the Hong Kong Action. *Third*, as the complainant in the Hong Kong Action, Mr. Woo qualifies as an "interested person" under Section 1782.

Further, the four discretionary factors set out by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004), weigh in favor of granting the application. *First*, the persons from whom discovery is sought, Harvard and Claire Spackman, are not participants in the foreign proceeding. *Second*, the Hong Kong legal system is receptive to U.S. federal-court judicial assistance and the character of the Hong Kong Action is such that the discovery sought will significantly aid its resolution. *Third*, Mr. Woo seeks this discovery in good faith and the application is not an attempt to circumvent foreign proof-gathering restrictions or other policies. *Finally*, the discovery requests are not unduly intrusive or burdensome. Rather, the document requests and proposed depositions are narrowly tailored to the subject of the Hong Kong Action.

Accordingly, and for the reasons described in the accompanying Memorandum of Law, Mr. Woo respectfully requests that the Court grant him permission to serve Harvard and Claire Spackman with the subpoenas attached to the Declaration of Beau D. Barnes as Exhibits 1 and 2.

Dated:     February 10, 2017

Respectfully submitted,

KOBRE & KIM LLP

By:     /s/ Beau D. Barnes___
Beau D. Barnes
John Han
(*pro hac vice* application forthcoming)
1919 M Street NW
Washington, DC 200036
Tel: +1 202 664 1900
Fax: +1 202 664 1920
beau.barnes@kobrekim.com
john.han@kobrekim.com

*Attorneys for Applicant Sang Cheol Woo*